UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

ENTERED
JUL 26 1995
ORDER BOOK
NO. 136 PAGE 150

UNITED STATES OF AMERICA

v.  Magistrate Case No. 5:95-m-0064-01

DAVID RICHMOND

O R D E R

At Bluefield, on July 24, 1995, the defendant, David Richmond, appeared before the court for an initial appearance pursuant to his arrest on July 23, 1995 by J. Cottrell, Park Ranger, National Park Service, Neri, Train Station Beach, New River Gorge. The defendant was charged with Disorderly Conduct, Violation Notice #P459464, in violation of 36 C.F.R. 2.34(a)(2); Littering, Violation Notice #P459465, in violation of 36 C.F.R. 2.14; and Public Intoxication, Violation Notice #P459476, in violation of 36 C.F.R. 2.35(c). Present for the United States was John C. Parr, Assistant United States Attorney.

Pursuant to the provisions of Rule 58, Federal Rules of Criminal Procedure, the defendant was advised of his right to retained counsel and of his right to remain silent, and was warned that any statement made by the defendant may be used against him.

The defendant was advised of his right to trial, judgment and sentencing before either a magistrate judge or a judge of the district court, and the defendant executed a "Consent to Proceed Before United States Magistrate Judge in a Petty Offense Case." After the court explained the nature of the charges to the defendant, and the maximum possible penalties, the defendant entered the voluntary plea of GUILTY to the charge of Disorderly

Conduct, Violation Notice #P459464, and a voluntary plea of GUILTY to the charge of Public Intoxication, Violation Notice #P459476. The court accepted the oral pleas of guilty and it is hereby

ORDERED that the defendant, David Richmond, is fined $50.00 for Disorderly Conduct and fined $50.00 for Public Intoxication. By agreement of the parties, Violation Notice #P459465, Littering, is DISMISSED.

It is further ORDERED that the defendant shall pay a special assessment in the amount of $10.00 as to each violation, pursuant to the provisions of Title 18 U.S.C. § 3013(a)(1)(A)(ii). The total of fines and special assessments is $120.00.

Thereupon, the defendant was advised of his right to appeal his sentence within ten days, and of his right to retained counsel.

The defendant agreed to pay the fines and assessment fees in $50.00 installments beginning on July 27, 1995 with the next payment due on August 10, 1995 and a final payment due on August 24, 1995 in the amount of $20.00. The defendant agreed to return to the site at Neri, Train Station Beach, New River Gorge and to pick up trash related to his dismissed littering charge.

The Clerk is directed to provide copies of this Order to the defendant, Assistant U. S. Attorney Margaret Hickey, the Probation Department, Chief Ranger, New River Gorge National River Park, P. O. Box 246, Glen Jean, WV 25846, and the United States Marshal in this District.

ENTER: July 26, 1995.

Mary S. Feinberg
United States Magistrate Judge